**No. 62421.**—The Akron et al. *v.* United States, protests 58/5208, etc. (Los Angeles).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of electric motors similar to those the subject of Abstract 60545, the claim of the plaintiffs was sustained.